IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at BALTIMORE

IN RE: NIKOLAY TODOROV

Case No. 15-21618
Chapter 13

Debtor

## DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

***IN JOINT FILINGS, A SEPARATE AFFIDAVIT MUST BE COMPLETED BY EACH DEBTOR IN ORDER TO BE ELIGIBLE FOR A DISCHARGE***

The Chapter 13 Trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I testify under penalty of perjury to the following: (Complete all sections and provide all required information.)

1. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524(c): (provide name, address, and telephone number of each such creditor)

   Selene Finance
   9990 Richmond, Ste 400S;
   Houston, TX 77042-4546

2. I have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3. I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4. A. ___✓___ I did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 if the case was filed before April 1, 2007, or $136,875 if the case was filed on or after April 1, 2007 and before April 1, 2010, or $146,450 for a case filed on or after April 1, 2010 and before April 1, 2013, or $155,675 if the case was filed on or after April 1, 2013 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].

**Local Bankruptcy Form P**

B. ✓ There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

5. COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. § 1328(g)(1)

[Complete one of the following statements]

I, __Nikolay Todorov__, the debtor in the above-styled
(printed name of debtor)
case hereby certify that on __2/04/21__ I completed an instructional
(date)
course in personal financial management provided by __Money Sharp__
(Name of Provider)
by an approved personal financial management instruction provider.

☐ Official Form 23 was filed previously with the court; OR

☐ A document attesting to my completion of the personal financial management instruction course is attached.

I, _____, the debtor in the above-styled
(printed name of debtor)
case, hereby certify that no personal financial management course is required because: [check the appropriate box.]

☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4);
☐ I am on active military duty in a military combat zone; or
☐ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

☐ CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C § 1328(a)

[Complete one of the following statements]

I, __Nikolay Todorov__, the debtor in the above-styled case,
(printed name of debtor)
hereby certify that I am not currently required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

Local Bankruptcy Form P
Page Two

I, _____, the debtor in the above-styled
(printed name of debtor)

case am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A). (This refers to a debt owed to or recoverable by a spouse, former spouse or child of the debtor or such child's parent, legal guardian or responsible relative or a governmental unit in the nature of alimony, maintenance or support.) The name and address of each holder of a domestic support obligation follows:

_____
_____
_____
_____

_____
_____
_____
_____

[check the appropriate box.]

☐ I hereby certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid; or

I have executed, and the court has approved, a written waiver of discharge pursuant to 11 U.S.C. § 1328(a).

My current address is:
1120 S. Robinson St.
Baltimore, MD 21224

The name and address of my most recent/current employer is:
Self Employed
NTR Properties
1120 S. Robinson St.
Baltimore, MD 21224

Local Bankruptcy Form P
Page Three

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further understand that the court may revoke my discharge if such order of discharge was procured by fraud.

Signature of Debtor: _____  Date: __3/11/2021__

## NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this Affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on the __15th__ day of __March__, 20__21__ I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtor's Affidavit Requesting Discharge will be served electronically by the Court's CM/ECF system on the following:

Name of Trustee, Chapter 7/13 __Rebecca Herr at ecf@ch13md.com__

Name of Attorney __Scott R. Robinson at scottr@hblaw.com__
__Joshua Welborn at bankruptcymd@mwc-law.com__

Name of Attorney __Michael T. Cantrell at bankruptcymd@mwc-law.com__

I hereby further certify that on the __15th__ day of __March__, 20__21__ a copy of the Debtor's Affidavit Requesting Discharge was also mailed first class mail, postage prepaid to: __list of Creditors,__

Name of Party  __US Bank Trust As Trustee for LSF9__
Address of Party  __Master Participation Trust__
City, State Zip  __13801 Wireless Way__
__Oklahoma City, OK 73134__

Name of Party
Address of Party
City, State Zip

Local Bankruptcy Form P
Page Four

Name of Party
Address of Party
City, State  Zip

Signature_____
[Type or print your name]

NOTE: The Certificate of Service must comply with Local Bankruptcy Rule 7005-2(2).

Local Bankruptcy Form P
Page Five

```
Label Matrix for local noticing          Bayview Loan Servicing, LLC              U.S. Bank Trust, N.A.
0416-1                                   c/o McCabe, Weisberg & Conway, LLC       as Trustee for LSF9 Master Participation
Case 15-21618                            312 Marshall Avenue, Suite 800           Kyle J. Moulding
District of Maryland                     Laurel, MD 20707-4808                    312 Marshall Ave.
Baltimore                                                                         Suite 800
Mon Mar 15 14:54:18 EDT 2021                                                      Laurel, MD 20707-4808

U.S. Bank Trust, N.A., as Trustee for LSF9 M   Wilmington Savings Fund Society, FSB, d/b/a   Baltimore
13801 Wireless Way                       c/o Scott R. Robinson, Esq.              Baltimore Division
Oklahoma City, OK 73134-2500             Hofmeister & Breza                       101 West Lombard Street, Ste. 8530
                                         11019 McCormick Road                     Baltimore, MD 21201-2605
                                         Suite 400
                                         Hunt Valley, MD 21031-1407

American Express Bank, FSB               American Express Centurion Bank          Amex
c o Becket and Lee LLP                   c o Becket and Lee LLP                   Po Box 297871
POB 3001                                 POB 3001                                 Fort Lauderdale, FL 33329-7871
Malvern, PA 19355-0701                   Malvern, PA 19355-0701

Bayview Loan Servicing, LLC              Bayview Loan Servicing, LLC              (p)BANK OF AMERICA
M&T Bank                                 McCabe, Weisberg & Conway, LLC           PO BOX 982238
PO Box 840                               Kyle J. Moulding, Esq                    EL PASO TX 79998-2238
Buffalo, NY 14240-0840                   312 Marshall Avenue, Suite 800
                                         Laurel, MD 20707-4808

(p)CAPITAL ONE                           Captial One Bank USA                     Christiane Willson
PO BOX 30285                             1680 Capital One Dr                      c/o Joel C. Richmond, Esquire
SALT LAKE CITY UT 84130-0285             Mclean, VA 22102-3407                    31 Light St., #420
                                                                                  Baltimore, MD 21202-1214

Christine Wilson                         Citi                                     (p)COMPTROLLER OF MAYLAND
735 S. Bond St                           Po Box 6241                              BANKRUPTCY UNIT
Baltimore, Md 21231-3721                 Sioux Falls, SD 57117-6241               301 W PRESTON ST ROOM 409
                                                                                  BALTIMORE MD 21201-2396

Discover Fin Svcs Llc                    Eos Cca                                  GECC
Po Box 15316                             Po Box 981008                            c/o Weltman, Weinberg & Reis
Wilmington, DE 19850-5316                Boston, MA 02298-1008                    323 W. Lakeside Ave, Ste 200
                                                                                  Cleveland, OH 44113-1009

Internal Revenue Service                 Joel C. Richmond, Esq.                   L J Ross Associates In
P.O. Box 7346                            31 Light St. #420                        4 Universal Way
Philadelphia, PA 19101-7346              Baltimore, Md 21202-1214                 Jackson, MI 49202-1455

(p)M&T BANK                              Mayor and City Council of Baltimore      Profess Acct
LEGAL DOCUMENT PROCESSING                Dept. of Finance, Abel Wolman Bldg.      633 W Wisconsin Av
626 COMMERCE DRIVE                       200 Holliday St.                         Milwaukee, WI 53203-1918
AMHERST NY 14228-2307                    Baltimore, Md 21202-3618

State of Maryland DLLR                   Stephen G. Peroutka                      Supervisor of Delin. Accts.
Division of Unemployment Insurance       8028 Ritchie Highway, Suite 300          Rm. 1 Municipal Building
1100 N. Eutaw Street, Room 401           Pasadena, Md 21122-1360                  Holliday & Lexington Streets
Baltimore, MD 21201-2225                                                          Baltimore, MD 21202
```

| | | |
|---|---|---|
| Syncb/sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/samsdc<br>Po Box 965005<br>Orlando, FL 32896-5005 | U.S. Bank Trust, N.A., as Trustee<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 |
| Kim D. Parker<br>Law Offices of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, MD 21218-5614 | Nikolay Todorov Todorov<br>1120 S. Robinson St.<br>Baltimore, MD 21224-4923 | Rebecca A. Herr<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Comptroller of Maryland<br>Revenue Administration Division<br>Annapolis, Md 21411 |
| (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | M & T Bank<br>1 Fountain Plz<br>Buffalo, NY 14203 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC, Movant | (u)Bayview Loan Servicing, LLC, Movant (M&T B | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                   37 |